**Order entered September 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01005-CV

### IN THE INTEREST OF E.W.M., A CHILD

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-53699-2018

## ORDER

Before the Court is appellant's September 23, 2019 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 12, 2019.

/s/      ERIN A. NOWELL
JUSTICE